Maxine RICHARDSON, Plaintiff–
Appellant,

v.

HARTFORD BOARD OF
EDUCATION, Defen-
dant–Appellee.

Docket No. 00–7120.

United States Court of Appeals,
Second Circuit.

May 10, 2001.

Maxine Richardson, Westbrook, CT, pro
se.

Ann F. Bird, Assistant Corporation
Counsel, City of Hartford, Hartford, CT,
for appellee.

Present JACOBS, PARKER and
KATZMANN, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS
HEREBY ORDERED, ADJUDGED
AND DECREED that the judgment of the
district court be AFFIRMED.

Maxine Richardson appeals Judge Un-
derhill's order dismissing her employment
discrimination claim on timeliness grounds.
We affirm for substantially the reasons
stated by the district court. *See Richard-
son v. Hartford Bd. of Educ.,* No. 3:98 CV
1910 (D.Conn. Oct. 26, 1999).